CIVIL & CRIMINAL MINUTES - HEARINGS

DATE: 1/16/08              JUDGE: Nickerson

TIME: 2:15 to 2:30         REPORTER/ Jackie Sovich

CASE # WMN-01-0252         INTERPRETER: ----

CASE NAME: USA         v. WYLIE ROBINSON

Counsel for Government / Plaintiff: Steve Levin

Counsel for Defendant: Gary E. Proctor, Esq. (CJA)

X - Hearing ( VOP)                  ❒   Pre Trial Conference
❒   Status Conference               ❒   Settlement Conference
❒   Bench Trial                     ❒   Charge Conference
❒   Discovery Conference            ❒   Other: _____
❒   Telephone Conference

Hearing continued to Thursday March 13, 2008 at 09:30 am; Defendant obtained new job; USPO to verify; Addition condition of release, defendant is not to have any contact with the victim Rita Lochlear.

Witnesses Sworn:

1) _____

2) _____

3) _____

4) _____

5) _____

6) _____

7) _____

Deputy Clerk:   R. Lawson

———